SEPTEMBER 17, 2001

No. 01–6240 (01A243). BACON *v.* LEE, WARDEN, ET AL. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 25, 2001

No. 00–8727. MCCARVER *v.* NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, 532 U. S. 941.] Writ of certiorari dismissed as improvidently granted.

No. 99–1786. GREAT-WEST LIFE & ANNUITY INSURANCE CO. ET AL. *v.* KNUDSON ET AL. C. A. 9th Cir. [Certiorari granted, 531 U. S. 1124.] Motion of respondents for leave to participate in oral argument and for divided argument denied.